IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN COREAS, | Case No. 1:10-cv-00703 OWW JLT (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 10) |
| MILLER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 5, 2011, the assigned Magistrate Judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found that it state a cognizable Eighth Amendment claim against Defendant Miller for inadequate medical care. (Doc. 8.) The assigned Magistrate Judge also found, however, that Plaintiff's remaining allegations failed to state a cognizable claim against any other defendant. (Id.) Thus, the assigned Magistrate Judge instructed Plaintiff to either file an amended complaint or notify the Court that he wished to proceed only on the cognizable claim against Defendant Miller. (Id.) On July 15, 2011, Plaintiff notified the Court that he wished to proceed only on the claim found cognizable by the assigned Magistrate Judge. (Doc. 9.) Accordingly, on July 19, 2011, the assigned Magistrate Judge issued findings and recommendations recommending that this action proceed only on Plaintiff's Eighth Amendment claim against Defendant Miller. (Doc. 10.)

///

1

In accordance with 28 U.S.C. § 636(b)(1) and Local Rule 302, the Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is **HEREBY ORDERED** that:

1. The findings and recommendations issued July 19, 2011, are adopted in full;
2. Plaintiff's claims against Defendants Heberling, Neeley, Nicholas, and Enenmoh for inadequate medical care in violation of the Eighth Amendment are **DISMISSED** for failure to state a claim; and
3. This action shall proceed on Plaintiff's claim that Defendant Miller failed to provide dressing changes in violation of the Eighth Amendment.

IT IS SO ORDERED.

**Dated:   August 5, 2011**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

2